UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-24-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:24CR192(SVN)(MEG) |
| v. | VIOLATIONS: |
| DIEGO EZEQUIEL GARRO | 18 U.S.C. §§ 932(a), 933(a)(2), and 933(b) (Firearms Trafficking - Receipt) |
| | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) (Possession with Intent to Distribute and Distribution of Controlled Substances) |
| | 18 U.S.C. § 924(c)(1)(A)(i) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Firearms Trafficking - Receipt)

1.      On or about December 30, 2022, in the District of Connecticut, the defendant DIEGO EZEQUIEL GARRO did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit: a Glock model 43X semi-automatic pistol, bearing serial number BYWV816, knowing or having reasonable cause to believe that such receipt would constitute a felony, as defined in Title 18, United States Code, Section 932(a).

In violation of Title 18, United States Code, Sections 933(a)(2) and 933(b).

COUNT TWO
(Firearms Trafficking - Receipt)

2.      On or about January 3, 2023, in the District of Connecticut, the defendant DIEGO EZEQUIEL GARRO did receive from another person, in or otherwise affecting interstate or

1

foreign commerce, a firearm, to wit: a Glock model 19 semi-automatic pistol, bearing serial number BYMR008, knowing or having reasonable cause to believe that such receipt would constitute a felony, as defined in Title 18, United States Code, Section 932(a).

In violation of Title 18, United States Code, Sections 933(a)(2) and 933(b).

## COUNT THREE
(Possession with Intent to Distribute and Distribution of Controlled Substances)

3.    On or about January 3, 2023, in the District of Connecticut, the defendant DIEGO EZEQUIEL GARRO did knowingly and intentionally possess with intent to distribute, and did distribute, a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl") and a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, both Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

4.    On or about January 3, 2023, in the District of Connecticut, the defendant DIEGO EZEQUIEL GARRO did knowingly possess a firearm, that is, a Glock model 19 semi-automatic pistol, bearing serial number BYMR008, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute and Distribution of Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), as charged in Count Three of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FIVE
(Firearms Trafficking - Receipt)

5.    On or about January 8, 2023, in the District of Connecticut, the defendant DIEGO

EZEQUIEL GARRO did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit: a Glock model 19 semi-automatic pistol, bearing serial number BWRN048, knowing or having reasonable cause to believe that such receipt would constitute a felony, as defined in Title 18, United States Code, Section 932(a).

In violation of Title 18, United States Code, Sections 933(a)(2) and 933(b).

## COUNT SIX
(Firearms Trafficking - Receipt)

6. On or about January 9, 2023, in the District of Connecticut, the defendant DIEGO EZEQUIEL GARRO did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit: a Glock model 29 Gen4 semi-automatic pistol, bearing serial number BXAV590 and a Glock model 30 Gen4 semi-automatic pistol, bearing serial number BYGN937, knowing or having reasonable cause to believe that such receipt would constitute a felony, as defined in Title 18, United States Code, Section 932(a).

In violation of Title 18, United States Code, Sections 933(a)(2) and 933(b).

## COUNT SEVEN
(Possession with Intent to Distribute Controlled Substances)

7. On or about February 18, 2023, in the District of Connecticut, the defendant DIEGO EZEQUIEL GARRO did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl and a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, both Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION
(Firearms Trafficking Offenses)

8. Upon conviction of one or more of the firearms trafficking offenses alleged in Counts One, Two, Five and Six of this Indictment, the defendant DIEGO EZEQUIEL GARRO, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 934 and Title 28, United States Code, Section 2461(c), all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 18, United States Code, Section 933, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, those violations, including but not limited to: a Glock model 43X semi-automatic pistol, bearing serial number BYWV816; a Glock model 19 semi-automatic pistol, bearing serial number BYMR008 (which was seized on or about February 18, 2023 in West Haven, Connecticut); a Glock model 19 semi-automatic pistol, bearing serial number BWRN048; a Glock model 29 Gen4 semi-automatic pistol, bearing serial number BXAV590; and a Glock model 30 Gen4 semi-automatic pistol, bearing serial number BYGN937.

All in accordance with Title 18, United States Code, Sections 924(d) and 934; Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

## FORFEITURE ALLEGATION
(Controlled Substances Offenses)

9. Upon conviction of one or more of the controlled substances offenses alleged in Count Three and Count Seven of this Indictment, the defendant DIEGO EZEQUIEL GARRO, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 21, United States Code, Section 841, and any

property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

10. If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Sections 853 and 881 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

FORFEITURE ALLEGATION
(Firearm Offense)

11. Upon conviction of the firearm offense alleged in Count Four of this Indictment, the defendant DIEGO EZEQUIEL GARRO shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following items: a Glock model 19 semi-automatic pistol, bearing serial number BYMR008 and all associated ammunition and magazines, which were seized on or about February 18, 2023 in West Haven, Connecticut.

All in accordance with Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

_____
FOREPERSON

UNITED STATES OF AMERICA

*/s/ Vanessa Roberts Avery*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ John T. Pierpont, Jr.*
JOHN T. PIERPONT, JR.
ASSISTANT UNITED STATES ATTORNEY